IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ORRSON, § § *Plaintiff,* § § v. § § SIG SAUER, INC. § § *Defendant.* § | CIVIL ACTION NO.: 4:25-cv-1776 |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE AND FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Pending before the Court is the Motion to Strike and for Partial Dismissal of Plaintiff's First Amended Complaint filed by Defendant Sig Sauer, Inc. (Dkt. No. 18). Upon consideration, it is the opinion of this Court that the Motion to Strike and for Partial Dismissal of Plaintiff's First Amended Complaint should be **GRANTED**.

It is therefore **ORDERED** that the following portions of Plaintiff's First Amended Complaint are **STRICKEN**: Paragraphs 14-17, 20, 21, 24, 28, 51(i), 51(xii) and paragraphs 33, 34, 47, 50, 51(v), 51(x) 70(iv), 80(iv).

It is further **ORDERED** that Plaintiff's claims against Defendant Sig Sauer, Inc. for failure to warn, breach of express and implied warranty, and punitive damages are hereby **DISMISSED WITH PREJUDICE**.

Signed this _____ day of _____, 2025.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE