```
 1                IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3   _____
     MATTHEW ORRSON,                        )     CIVIL ACTION NO.
 4                                          )     4:25-cv-01776
             Plaintiff,                     )
 5                                          )
     VS.                                    )
 6                                          )
     SIG SAUER,INC.,                        )
 7                                          )     10:50 A.M.
             Defendant.                     )
 8   _____)

 9                        INITIAL CONFERENCE
                BEFORE THE HONORABLE LEE H. ROSENTHAL
10                   UNITED STATES DISTRICT JUDGE
                           JULY 18, 2025
11
     APPEARANCES:
12
     FOR THE PLAINTIFF:
13   MICHAEL A. SAMANIEGO
     Williams Hart Boundas Easterby, LLP
14   8441 Gulf Freeway
     Suite 600
15   Houston, Texas 77017
     (713)489-6321
16
     FOR THE DEFENDANT:
17   HYLMAR SCOTT ALEXANDER
     Clark Hill, PLC - Dallas
18   2615 Calder Avenue
     Suite 240
19   Beaumont, Texas 77702
     (409)351-3807
20
     ERIC G. LASKER
21   Hollingsworth, LLP
     1350 I Street NW
22   Washington, DC 20005
     (202)898-5800
23

24

25
```

```
 1   Appearances Continued:

 2   BRETT F. CLEMENTS
     Hollingsworth LLP
 3   1350 I Street NW
     Washington, DC 20005
 4   (202)898-5800

 5   STEPHANIE L. SALEK
     Hollingsworth LLP
 6   1350 I Street, NW
     Washington, DC 20005
 7   (202)898-5881

 8   COURT REPORTER:
     Monica Walker-Bailey, MS, FCRR, RPR, CSR-CA, GA, NJ, TX
 9   Official Court Reporter
     515 Rusk Street
10   Suite 8004
     Houston, Texas 77002
11   (713)250-5087

12   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
13

14

15

16

17

18

19

20

21

22

23

24

25
```

PROCEEDINGS

1  **THE COURT:** Good morning.  Is everyone here in the
2  *Orrson v. Sig Sauer* case?
3  **MR. SAMANIEGO:** Good morning, Your Honor.  I'm here
4  for Plaintiff, Matthew Orrson.
5  **MR. ALEXANDER:** Good morning, Your Honor.  This is
6  Scott Alexander here on behalf of the Defendant, Sig Sauer,
7  joined by Brett Clements, Stephanie Salek.  And I don't know if
8  Eric Lasker is going to be joining us.  I don't know if Brett
9  knows.
10  **MR. CLEMENTS:** Yes, Mr. Lasker will be joining us.
11  **MR. ALEXANDER:** Okay.  Almost everybody, Your Honor.
12  **THE COURT:** All right.  Let me know when everybody is
13  here, please.
14  **MR. ALEXANDER:** If he does not join us in the next
15  minute or so, we could probably go ahead and get started.
16  **THE COURT:** All right.  That would be fine.  If you
17  want to give him a call and see.
18  **MR. CLEMENTS:** I just sent him an email, Your Honor.
19  **MR. ALEXANDER:** Brett, thanks.
20  **THE COURT:** He may be having trouble logging on.
21     (Pause held in the proceedings.)
22  **MR. LASKER:** I'm sorry, Your Honor, I had technical
23  difficulties.
24  **THE COURT:** No problem.
25  All right.  Go ahead and state your appearances,

PROCEEDINGS

1  please.

2       **MR. SAMANIEGO:** Michael Samaniego for the Plaintiff,
3  Matthew Orrson.

4       **THE COURT:** All right.  Thank you.

5       **MR. ALEXANDER:** Scott Alexander here on behalf of the
6  Defendant, Sig Sauer, joined with others.

7       **THE COURT:** Got it.

8       **MR. LASKER:** Eric Lasker on behalf of the Defendant,
9  Sig Sauer.

10       **MR. CLEMENTS:** Brett Clements on behalf of the
11  Defendant, Sig Sauer.

12       **THE COURT:** All right.  So what kind of injuries did
13  the Plaintiff sustain?

14       **MR. SAMANIEGO:** Your Honor, the Plaintiff sustained a
15  gunshot wound to his right leg.

16       **THE COURT:** Okay.  A little more specific.
17       What were his medicals?

18       **MR. SAMANIEGO:** Well, his medicals are about, I
19  believe, 10,000 to 15,000.  He went to the hospital, to the
20  emergency room, where they treated him for the gunshot wound.
21  Fortunately, it missed all bones.  So it is mostly muscular and
22  a little bit of nerve damage.

23       **THE COURT:** Did he have to have subsequent treatment,
24  therapy, anything like that?

25       **MR. SAMANIEGO:** He had time off from work, where he

PROCEEDINGS

1 was told to rest the leg.  He did have some issues with pain,
2 where it kept him from work for a little bit.  But besides that,
3 Your Honor, he did have just some follow-up visits, and that was
4 the extent.
5          **THE COURT:**  How much work time did he lose?
6          **MR. SAMANIEGO:**  About a couple of days.
7          **THE COURT:**  Okay.
8          All right.  So let's get a scheduling order in place.
9 I know you submitted a proposed one.
10          Does anybody need to add new parties?
11          **MR. SAMANIEGO:**  Not at this time, Your Honor, not from
12 the Plaintiff.
13          **THE COURT:**  Defendant?
14          **MR. LASKER:**  No, Your Honor.
15          **MR. ALEXANDER:**  And I believe Mr. Lasker will probably
16 be addressing a lot of these issues.
17          **THE COURT:**  All right.
18          Anybody need to amend pleadings?
19          **MR. SAMANIEGO:**  Your Honor, we filed an amended
20 complaint last week, but as of that complaint, no.
21          **THE COURT:**  Does the Defendant want to file an amended
22 answer?
23          **MR. LASKER:**  Yeah, we had filed a motion to dismiss.
24 So we're reviewing the complaint, and we anticipate a new motion
25 to dismiss.

<pre>
                              PROCEEDINGS
 1             THE COURT:  All right.  So the existing motion to
 2   dismiss, which is Docket Entry No. 7, is moot by the filing of
 3   the amended complaint, but you do certainly have the ability to
 4   file an amended -- a motion to dismiss challenging the amended
 5   complaint.
 6             Does anybody -- do you need to amend -- how long do
 7   you need to file your amended answer?
 8             MR. LASKER:  The amended revised complaint, you
 9   mean -- the revised motion you mean?  We do anticipate our
10   motion.  I think there's a two-week time period in which we can
11   meet.
12             THE COURT:  All right.
13             Experts, other than medical experts?
14             MR. SAMANIEGO:  Your Honor, for the Plaintiff, we'd
15   anticipate a liability expert, a gun expert.
16             THE COURT:  Do you need until May of next year to
17   figure out who that's going to be?
18             MR. SAMANIEGO:  No, Your Honor.  We know who it is
19   now.
20             THE COURT:  I figured.
21             How long do you need for this person to get his report
22   and all of the designation materials together?
23             MR. SAMANIEGO:  Your Honor, we anticipate we'll
24   probably do joint testing of the subject gun, at least Plaintiff
25   anticipates that, which can be scheduled some time in the next
</pre>

PROCEEDINGS

1  three months.  I think by early 2026, maybe February 2026, we
2  could have a full report after that testing is completed.
3         **THE COURT:**  That's a pretty generous leisurely pace.
4         **MR. SAMANIEGO:**  Yes, Your Honor.  I think I left a
5  little bit of a buffer for safety there.
6         **THE COURT:**  All right.  So February 2nd, 2026, for the
7  Plaintiffs to designate experts.
8         **MR. SAMANIEGO:**  Yes, Your Honor.
9         **THE COURT:**  And how long do the Defendants need to
10 respond?
11        **MR. LASKER:**  We are at a little disadvantage because
12 it's not clear to us yet what the Plaintiff's theories are.  But
13 certainly no more than two months is what we've anticipated.  It
14 really depends on their theory.
15        **THE COURT:**  How about March 30th?
16        **MR. LASKER:**  Okay.  That will work.
17        **THE COURT:**  Discovery, I would think, could then be
18 completed by early June, say June 5th, which will also be your
19 mediation deadline.
20        Will there be a dispositive motion?
21        **MR. LASKER:**  Yeah, we anticipate there will be.
22        **THE COURT:**  All right.
23        **MR. LASKER:**  And also likely a 702 motion.
24        **THE COURT:**  I'm sorry.
25        **MR. LASKER:**  And likely also a 702 motion.  Of course

PROCEEDINGS

1  we don't understand fully their theory, but...
2         **THE COURT:**  So you don't know what their expert is
3  going to be either.
4         **MR. LASKER:**  No, but there's other litigation.
5         **THE COURT:**  I know.  I've seen these cases before.
6         **MR. LASKER:**  Yeah.  So we have some sense, depending
7  on which theory they're going to pursue.
8         **THE COURT:**  I assume there's sort of an identified --
9  easily identifiable set of experts who routinely appear in these
10 kinds of cases?
11        **MR. LASKER:**  There are, although, I would have to
12 defer to Plaintiff's counsel.  They've not been involved in
13 other litigation in these cases, so I'm not sure who they're
14 using.  And, again, I don't know their theory of liability here,
15 so I'm not sure who we'd be using in response.
16        **THE COURT:**  What is the Plaintiff's theory of
17 liability?
18        **MR. SAMANIEGO:**  Your Honor, the theory of liability,
19 which I believe it's generally amongst what all the Sig Sauer
20 cases is, is that the internal mechanisms of the gun failed to
21 function as designed, causing an unintentional discharge without
22 trigger pull.
23        **THE COURT:**  Well, basically, a spontaneous firing of
24 the weapon, right?
25        **MR. SAMANIEGO:**  Yes, Your Honor.  Exactly.

PROCEEDINGS

1      **THE COURT:** All right.

2      **MR. LASKER:** That does narrow things because some of
3 the cases involve allegations that the trigger was pulled by
4 some other force.

5      **THE COURT:** Like dropping it?

6      **MR. LASKER:** No, not a drop, that something got caught
7 in the trigger guard and pulled it. And if that's not the
8 theory in this case, that removes some of the issues that exist
9 in other cases like this. So if it's all internal mechanisms,
10 that's a different theory. And we have experts, obviously, on
11 those issues as well.

12      **THE COURT:** I'm sure that's true.

13      All right. So pretrial dispositive motions deadline
14 will be June 19th of last year. August 25th will be the
15 deadline for filing the joint pretrial order. And motion in
16 limine and docket call will be -- actually, did I say
17 August 25th? I meant August 28th. And docket call will be
18 September 11, at 2:00.

19      And no attorney's fees issues, correct?

20      **MR. SAMANIEGO:** No, Your Honor.

21      **MR. LASKER:** Correct.

22      **THE COURT:** All right.

23      Now that you know the Plaintiff's theory of liability,
24 and you have -- I'm sure the Defendant has a very good idea of
25 the kinds of experts and their theories, is this a case that

PROCEEDINGS

1  would be amenable to an early mediation, particularly since the
2  damages are not overwhelming?
3       **MR. LASKER:**  Yeah.  And I'll need to go back to my
4  client.  I think part of this is going to depend on the
5  inspection of the gun.  So if the claim is that there was
6  something internally that did not work on the gun, that would
7  show up in the internal investigation and the analysis of the
8  gun.  And so depending on what that shows, then obviously we
9  would be in a position to answer that question.
10       **THE COURT:**  All right.
11       How old was the gun?
12       **MR. SAMANIEGO:**  Your Honor, it was, I believe,
13  purchased in 2022.
14       **THE COURT:**  As in new gun?
15       **MR. SAMANIEGO:**  Yes, Your Honor.
16       **THE COURT:**  All right.
17       All right.  Is there anything else we can do today?
18       **MR. SAMANIEGO:**  Not from the Plaintiff, Your Honor.
19  Thank you so much.
20       **MR. LASKER:**  Nothing from defense.  Thank you, Your
21  Honor.
22       **THE COURT:**  Very good.  You'll get a copy of the
23  scheduling order.
24       **MR. LASKER:**  Thank you so much.
25       **MR. SAMANIEGO:**  Thank you, Your Honor.

**PROCEEDINGS**

1   **THE COURT:** Have a good weekend.  Thank you.  You are
2   all excused.  Thank you.
3       (Court adjourned at 11:02 a.m.)
4                            * * * *
5       I certify that the foregoing is a correct transcript
6   from the record of proceedings in the above matter.
7   Date:  July 21, 2025
8                   <u>/S/ Monica Walker-Bailey, MS, FCRR, RPR, CSR</u>
                         Signature of Court Reporter

MR. ALEXANDER: [6]
3/5 3/11 3/14 3/19 4/5 5/15
MR. CLEMENTS: [3]
3/10 3/18 4/10
MR. LASKER: [19]
MR. SAMANIEGO: [20]
THE COURT: [40]

**/**

**/S [1]**  11/8

# 0

**01776 [1]**  1/4

# 1

**10,000 [1]**  4/19
**10:50 [1]**  1/7
**11 [1]**  9/18
**11:02 a.m [1]**  11/3
**1350 [3]**  1/21 2/3 2/6
**15,000 [1]**  4/19
**18 [1]**  1/10
**19th [1]**  9/14

# 2

**20005 [3]**  1/22 2/3 2/6
**202 [3]**  1/22 2/4 2/7
**2022 [1]**  10/13
**2025 [2]**  1/10 11/7
**2026 [3]**  7/1 7/1 7/6
**21 [1]**  11/7
**240 [1]**  1/18
**250-5087 [1]**  2/11
**25th [2]**  9/14 9/17
**2615 [1]**  1/18
**28th [1]**  9/17
**2:00 [1]**  9/18
**2nd [1]**  7/6

# 3

**30th [1]**  7/15
**351-3807 [1]**  1/19
**3807 [1]**  1/19

**409 [1]**  1/19
**489-6321 [1]**  1/15
**4:25-cv-01776 [1]**  1/4

# 5

**5087 [1]**  2/11
**515 [1]**  2/9
**5800 [2]**  1/22 2/4
**5881 [1]**  2/7
**5th [1]**  7/18

# 6

**600 [1]**  1/14
**6321 [1]**  1/15

# 7

**702 [2]**  7/23 7/25
**713 [2]**  1/15 2/11
**77002 [1]**  2/10
**77017 [1]**  1/15
**77702 [1]**  1/19

# 8

**8004 [1]**  2/10
**8441 [1]**  1/14
**898-5800 [2]**  1/22 2/4
**898-5881 [1]**  2/7

# A

**a.m [2]**  1/7 11/3
**ability [1]**  6/3
**above [1]**  11/6
**ACTION [1]**  1/3
**actually [1]**  9/16
**add [1]**  5/10
**addressing [1]**  5/16
**adjourned [1]**  11/3
**after [1]**  7/2
**again [1]**  8/14
**ahead [2]**  3/15 3/25
**aided [1]**  2/12
**ALEXANDER [3]**  1/17 3/6 4/5
**allegations [1]**  9/3

**although [1]**  8/11
**amenable [1]**  10/1
**amend [2]**  5/18 6/6
**amended [7]**  5/19 5/21 6/3 6/4 6/4 6/7 6/8
**amongst [1]**  8/19
**analysis [1]**  10/7
**answer [3]**  5/22 6/7 10/9
**anticipate [5]**  5/24 6/9 6/15 6/23 7/21
**anticipated [1]**  7/13
**anticipates [1]**  6/25
**anybody [3]**  5/10 5/18 6/6
**anything [2]**  4/24 10/17
**appear [1]**  8/9
**appearances [3]**  1/11 1/23 3/25
**assume [1]**  8/8
**attorney's [1]**  9/19
**August [3]**  9/14 9/17 9/17
**August 25th [2]**  9/14 9/17
**August 28th [1]**  9/17
**Avenue [1]**  1/18

# B

**back [1]**  10/3
**Bailey [2]**  2/8 11/8
**basically [1]**  8/23
**Beaumont [1]**  1/19
**been [1]**  8/12
**before [2]**  1/9 8/5
**behalf [4]**  3/6 4/5 4/8 4/10
**believe [4]**  4/19 5/15 8/19 10/12
**besides [1]**  5/2
**bit [3]**  4/22 5/2 7/5
**bones [1]**  4/21
**Boundas [1]**  1/13
**BRETT [5]**  2/2 3/7 3/8 3/19 4/10
**buffer [1]**  7/5

# C

**CA [1]**  2/8
**Calder [1]**  1/18

## C

**call [3]**  3/17 9/16 9/17
**case [3]**  3/2 9/8 9/25
**cases [6]**  8/5 8/10 8/13 8/20 9/3 9/9
**caught [1]**  9/6
**causing [1]**  8/21
**certainly [2]**  6/3 7/13
**certify [1]**  11/5
**challenging [1]**  6/4
**CIVIL [1]**  1/3
**claim [1]**  10/5
**Clark [1]**  1/17
**clear [1]**  7/12
**CLEMENTS [3]**  2/2 3/7 4/10
**client [1]**  10/4
**complaint [6]**  5/20 5/20 5/24 6/3 6/5 6/8
**completed [2]**  7/2 7/18
**computer [1]**  2/12
**computer-aided [1]**  2/12
**CONFERENCE [1]**  1/9
**Continued [1]**  2/1
**copy [1]**  10/22
**correct [3]**  9/19 9/21 11/5
**could [3]**  3/15 7/2 7/17
**counsel [1]**  8/12
**couple [1]**  5/6
**course [1]**  7/25
**COURT [5]**  1/1 2/8 2/9 11/3 11/8
**CSR [2]**  2/8 11/8
**CSR-CA [1]**  2/8
**cv [1]**  1/4

## D

**Dallas [1]**  1/17
**damage [1]**  4/22
**damages [1]**  10/2
**Date [1]**  11/7
**days [1]**  5/6
**DC [3]**  1/22 2/3 2/6
**deadline [3]**  7/19 9/13 9/15

**Defendant [9]**  1/7 1/16 3/6 4/6 4/8 4/11 5/13 5/21 9/24
**Defendants [1]**  7/9
**defense [1]**  10/20
**defer [1]**  8/12
**depend [1]**  10/4
**depending [2]**  8/6 10/8
**depends [1]**  7/14
**designate [1]**  7/7
**designation [1]**  6/22
**designed [1]**  8/21
**different [1]**  9/10
**difficulties [1]**  3/23
**disadvantage [1]**  7/11
**discharge [1]**  8/21
**Discovery [1]**  7/17
**dismiss [4]**  5/23 5/25 6/2 6/4
**dispositive [2]**  7/20 9/13
**DISTRICT [3]**  1/1 1/1 1/10
**DIVISION [1]**  1/2
**docket [3]**  6/2 9/16 9/17
**does [5]**  3/14 5/10 5/21 6/6 9/2
**drop [1]**  9/6
**dropping [1]**  9/5

## E

**early [3]**  7/1 7/18 10/1
**easily [1]**  8/9
**Easterby [1]**  1/13
**either [1]**  8/3
**else [1]**  10/17
**email [1]**  3/18
**emergency [1]**  4/20
**Entry [1]**  6/2
**ERIC [3]**  1/20 3/8 4/8
**everybody [2]**  3/11 3/12
**everyone [1]**  3/1
**Exactly [1]**  8/25
**excused [1]**  11/2
**exist [1]**  9/8
**existing [1]**  6/1
**expert [3]**  6/15 6/15 8/2
**experts [6]**  6/13 6/13 7/7

8/9 9/10 9/25
**extent [1]**  5/4

## F

**failed [1]**  8/20
**FCRR [2]**  2/8 11/8
**February [2]**  7/1 7/6
**February 2026 [1]**  7/1
**fees [1]**  9/19
**figure [1]**  6/17
**figured [1]**  6/20
**file [3]**  5/21 6/4 6/7
**filed [2]**  5/19 5/23
**filing [2]**  6/2 9/15
**fine [1]**  3/16
**firing [1]**  8/23
**follow [1]**  5/3
**follow-up [1]**  5/3
**force [1]**  9/4
**foregoing [1]**  11/5
**Fortunately [1]**  4/21
**Freeway [1]**  1/14
**full [1]**  7/2
**fully [1]**  8/1
**function [1]**  8/21

## G

**GA [1]**  2/8
**generally [1]**  8/19
**generous [1]**  7/3
**give [1]**  3/17
**going [5]**  3/8 6/17 8/3 8/7 10/4
**good [6]**  2/13 3/3 3/5 9/24 10/22 11/1
**got [2]**  4/7 9/6
**guard [1]**  9/7
**Gulf [1]**  1/14
**gun [8]**  6/15 6/24 8/20 10/5 10/6 10/8 10/11 10/14
**gunshot [2]**  4/15 4/20

## H

**Hart [1]**  1/13
**have [11]**  4/23 4/23 5/1 5/3

# H

**have...** **[7]**  6/3 7/2 8/6 8/11 9/10 9/24 11/1
**having** **[1]**  3/20
**he** **[9]**  3/14 3/20 4/19 4/23 4/25 4/25 5/1 5/3 5/5
**held** **[1]**  3/21
**here** **[6]**  3/1 3/3 3/6 3/13 4/5 8/14
**Hill** **[1]**  1/17
**him** **[4]**  3/17 3/18 4/20 5/2
**his** **[4]**  4/15 4/17 4/18 6/21
**Hollingsworth** **[3]**  1/21 2/2 2/5
**Honor** **[23]**
**HONORABLE** **[1]**  1/9
**hospital** **[1]**  4/19
**HOUSTON** **[3]**  1/2 1/15 2/10
**HYLMAR** **[1]**  1/17

# I

**I'll** **[1]**  10/3
**I'm** **[7]**  3/3 3/22 7/24 8/13 8/15 9/12 9/24
**I've** **[1]**  8/5
**idea** **[1]**  9/24
**identifiable** **[1]**  8/9
**identified** **[1]**  8/8
**INITIAL** **[1]**  1/9
**injuries** **[1]**  4/12
**inspection** **[1]**  10/5
**internal** **[3]**  8/20 9/9 10/7
**internally** **[1]**  10/6
**investigation** **[1]**  10/7
**involve** **[1]**  9/3
**involved** **[1]**  8/12
**issues** **[5]**  5/1 5/16 9/8 9/11 9/19

# J

**join** **[1]**  3/14
**joined** **[2]**  3/7 4/6
**joining** **[2]**  3/8 3/10
**joint** **[2]**  6/24 9/15

**JUDGE** **[1]**  1/10
**JULY** **[2]**  1/10 11/7
**June** **[3]**  7/18 7/18 9/14
**June 19th** **[1]**  9/14
**June 5th** **[1]**  7/18
**just** **[2]**  3/18 5/3

# K

**kept** **[1]**  5/2
**kind** **[1]**  4/12
**kinds** **[2]**  8/10 9/25
**know** **[9]**  3/7 3/8 3/12 5/9 6/18 8/2 8/5 8/14 9/23
**knows** **[1]**  3/9

# L

**LASKER** **[5]**  1/20 3/8 3/10 4/8 5/15
**last** **[2]**  5/20 9/14
**least** **[1]**  6/24
**LEE** **[1]**  1/9
**left** **[1]**  7/4
**leg** **[2]**  4/15 5/1
**leisurely** **[1]**  7/3
**Let** **[1]**  3/12
**let's** **[1]**  5/8
**liability** **[5]**  6/15 8/14 8/17 8/18 9/23
**like** **[3]**  4/24 9/5 9/9
**likely** **[2]**  7/23 7/25
**limine** **[1]**  9/16
**litigation** **[2]**  8/4 8/13
**little** **[5]**  4/16 4/22 5/2 7/5 7/11
**LLP** **[4]**  1/13 1/21 2/2 2/5
**logging** **[1]**  3/20
**long** **[3]**  6/6 6/21 7/9
**lose** **[1]**  5/5
**lot** **[1]**  5/16

# M

**March** **[1]**  7/15
**March 30th** **[1]**  7/15
**materials** **[1]**  6/22
**matter** **[1]**  11/6

**MATTHEW** **[3]**  1/3 3/4 4/3
**may** **[2]**  3/20 6/16
**maybe** **[1]**  7/1
**mean** **[2]**  6/9 6/9
**meant** **[1]**  9/17
**mechanical** **[1]**  2/12
**mechanisms** **[2]**  8/20 9/9
**mediation** **[2]**  7/19 10/1
**medical** **[1]**  6/13
**medicals** **[2]**  4/17 4/18
**meet** **[1]**  6/11
**MICHAEL** **[2]**  1/13 4/2
**minute** **[1]**  3/15
**missed** **[1]**  4/21
**Monica** **[2]**  2/8 11/8
**months** **[2]**  7/1 7/13
**moot** **[1]**  6/2
**more** **[2]**  4/16 7/13
**morning** **[3]**  3/1 3/3 3/5
**mostly** **[1]**  4/21
**motion** **[10]**  5/23 5/24 6/1 6/4 6/9 6/10 7/20 7/23 7/25 9/15
**motions** **[1]**  9/13
**Mr.** **[2]**  3/10 5/15
**Mr. Lasker** **[2]**  3/10 5/15
**MS** **[2]**  2/8 11/8
**much** **[3]**  5/5 10/19 10/24
**muscular** **[1]**  4/21
**my** **[1]**  10/3

# N

**narrow** **[1]**  9/2
**need** **[8]**  5/10 5/18 6/6 6/7 6/16 6/21 7/9 10/3
**nerve** **[1]**  4/22
**new** **[3]**  5/10 5/24 10/14
**next** **[3]**  3/14 6/16 6/25
**NJ** **[1]**  2/8
**no** **[11]**  1/3 3/24 5/14 5/20 6/2 6/18 7/13 8/4 9/6 9/19 9/20
**not** **[12]**
**Nothing** **[1]**  10/20
**now** **[2]**  6/19 9/23

# N
**NW [3]**  1/21 2/3 2/6

# O
**obviously [2]**  9/10 10/8
**off [1]**  4/25
**Official [1]**  2/9
**old [1]**  10/11
**one [1]**  5/9
**order [3]**  5/8 9/15 10/23
**ORRSON [4]**  1/3 3/2 3/4 4/3
**other [5]**  6/13 8/4 8/13 9/4 9/9
**others [1]**  4/6
**our [1]**  6/9
**out [1]**  6/17
**overwhelming [1]**  10/2

# P
**pace [1]**  7/3
**pain [1]**  5/1
**part [1]**  10/4
**particularly [1]**  10/1
**parties [1]**  5/10
**Pause [1]**  3/21
**period [1]**  6/10
**person [1]**  6/21
**place [1]**  5/8
**Plaintiff [10]**  1/4 1/12 3/4 4/2 4/13 4/14 5/12 6/14 6/24 10/18
**Plaintiff's [4]**  7/12 8/12 8/16 9/23
**Plaintiffs [1]**  7/7
**PLC [1]**  1/17
**pleadings [1]**  5/18
**please [2]**  3/13 4/1
**position [1]**  10/9
**pretrial [2]**  9/13 9/15
**pretty [1]**  7/3
**probably [3]**  3/15 5/15 6/24
**problem [1]**  3/24
**proceedings [3]**  2/12 3/21 11/6

**produced [1]**  2/12
**proposed [1]**  5/9
**pull [1]**  8/22
**pulled [2]**  9/3 9/7
**purchased [1]**  10/13
**pursue [1]**  8/7

# Q
**question [1]**  10/9

# R
**really [1]**  7/14
**record [1]**  11/6
**recorded [1]**  2/12
**removes [1]**  9/8
**report [2]**  6/21 7/2
**REPORTER [3]**  2/8 2/9 11/8
**respond [1]**  7/10
**response [1]**  8/15
**rest [1]**  5/1
**reviewing [1]**  5/24
**revised [2]**  6/8 6/9
**right [19]**
**room [1]**  4/20
**ROSENTHAL [1]**  1/9
**routinely [1]**  8/9
**RPR [2]**  2/8 11/8
**Rusk [1]**  2/9

# S
**safety [1]**  7/5
**SALEK [2]**  2/5 3/7
**SAMANIEGO [2]**  1/13 4/2
**Sauer [6]**  3/2 3/6 4/6 4/9 4/11 8/19
**SAUER,INC [1]**  1/6
**say [2]**  7/18 9/16
**scheduled [1]**  6/25
**scheduling [2]**  5/8 10/23
**SCOTT [3]**  1/17 3/6 4/5
**see [1]**  3/17
**seen [1]**  8/5
**sense [1]**  8/6
**sent [1]**  3/18

**September [1]**  9/18
**September 11 [1]**  9/18
**set [1]**  8/9
**show [1]**  10/7
**shows [1]**  10/8
**SIG [7]**  1/6 3/2 3/6 4/6 4/9 4/11 8/19
**Signature [1]**  11/8
**since [1]**  10/1
**some [7]**  5/1 5/3 6/25 8/6 9/2 9/4 9/8
**something [2]**  9/6 10/6
**sorry [2]**  3/22 7/24
**sort [1]**  8/8
**SOUTHERN [1]**  1/1
**specific [1]**  4/16
**spontaneous [1]**  8/23
**started [1]**  3/15
**state [1]**  3/25
**STATES [2]**  1/1 1/10
**stenography [1]**  2/12
**STEPHANIE [2]**  2/5 3/7
**Street [4]**  1/21 2/3 2/6 2/9
**subject [1]**  6/24
**submitted [1]**  5/9
**subsequent [1]**  4/23
**Suite [3]**  1/14 1/18 2/10
**sure [4]**  8/13 8/15 9/12 9/24
**sustain [1]**  4/13
**sustained [1]**  4/14

# T
**technical [1]**  3/22
**testing [2]**  6/24 7/2
**TEXAS [4]**  1/1 1/15 1/19 2/10
**than [2]**  6/13 7/13
**Thank [7]**  4/4 10/19 10/20 10/24 10/25 11/1 11/2
**thanks [1]**  3/19
**that [22]**
**that's [5]**  6/17 7/3 9/7 9/10 9/12
**their [5]**  7/14 8/1 8/2 8/14 9/25

## T

**then [2]** 7/17 10/8
**theories [2]** 7/12 9/25
**theory [9]** 7/14 8/1 8/7 8/14 8/16 8/18 9/8 9/10 9/23
**therapy [1]** 4/24
**there's [3]** 6/10 8/4 8/8
**these [4]** 5/16 8/5 8/9 8/13
**they [1]** 4/20
**they're [2]** 8/7 8/13
**They've [1]** 8/12
**things [1]** 9/2
**think [5]** 6/10 7/1 7/4 7/17 10/4
**this [7]** 3/5 5/11 6/21 9/8 9/9 9/25 10/4
**those [1]** 9/11
**three [1]** 7/1
**time [5]** 4/25 5/5 5/11 6/10 6/25
**today [1]** 10/17
**together [1]** 6/22
**told [1]** 5/1
**transcript [2]** 2/12 11/5
**transcription [1]** 2/12
**treated [1]** 4/20
**treatment [1]** 4/23
**trigger [3]** 8/22 9/3 9/7
**trouble [1]** 3/20
**true [1]** 9/12
**two [2]** 6/10 7/13
**two-week [1]** 6/10
**TX [1]** 2/8

## U

**understand [1]** 8/1
**unintentional [1]** 8/21
**UNITED [2]** 1/1 1/10
**until [1]** 6/16
**up [2]** 5/3 10/7
**us [4]** 3/8 3/10 3/14 7/12
**using [2]** 8/14 8/15

## V

**very [2]** 9/24 10/22
**visits [1]** 5/3
**VS [1]** 1/5

## W

**Walker [2]** 2/8 11/8
**Walker-Bailey [2]** 2/8 11/8
**want [2]** 3/17 5/21
**Washington [3]** 1/22 2/3 2/6
**we [16]**
**we'd [2]** 6/14 8/15
**we'll [1]** 6/23
**we're [1]** 5/24
**we've [1]** 7/13
**weapon [1]** 8/24
**week [2]** 5/20 6/10
**weekend [1]** 11/1
**well [3]** 4/18 8/23 9/11
**went [1]** 4/19
**were [1]** 4/17
**which [6]** 6/2 6/10 6/25 7/18 8/7 8/19
**who [5]** 6/17 6/18 8/9 8/13 8/15
**will [10]** 3/10 5/15 7/16 7/18 7/20 7/21 9/14 9/14 9/16 9/17
**Williams [1]** 1/13
**without [1]** 8/21
**work [5]** 4/25 5/2 5/5 7/16 10/6
**would [6]** 3/16 7/17 8/11 10/1 10/6 10/9
**wound [2]** 4/15 4/20

## Y

**Yeah [4]** 5/23 7/21 8/6 10/3
**year [2]** 6/16 9/14
**Yes [5]** 3/10 7/4 7/8 8/25 10/15
**yet [1]** 7/12
**you [20]**
**You'll [1]** 10/22
**your [26]**