IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW ORRSON,** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO.: 4:25-cv-1776 |
| v. § | |
| § | |
| **SIG SAUER, INC.** § | |
| § | |
| *Defendant.* § | |

### SIG SAUER, INC.'S NOTICE OF INTENT TO SERVE SUPBOENAS WITH SUBPOENA DUCES TECUMS ON NON-PARTIES

TO:     All Counsel of Record

Pursuant to Federal Rules of Civil Procedure, Defendant, Sig Sauer, Inc. ("Sig Sauer") hereby gives notice of its intent to serve the attached subpoenas on the following non-parties:

- **A. Hernandez – See Exhibit A**
- **Sgt. G. Morrison – See Exhibit B**
- **J.B. Decatur – See Exhibit C**

Dated: February 19, 2026          Respectfully submitted,

*/s/ H. Scott Alexander*
_____
H. Scott Alexander (attorney-in-charge)
State Bar No. 00793247
S.D. Tex. Bar No. 3324305
Clark Hill PLC
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
Telephone:     409.351.3800
Facsimile:     409.351.3883
hsalexander@clarkhill.com

1

Of Counsel:

Eric G. Lasker
D.C. Bar No. 430180
S.D. Tex. Bar No. 3622386
Brett F. Clements
N.Y. State Bar No. 5221650
S.D. Tex. Bar No. 3924860
Stephanie L. Salek
D.C. Bar No. 995738
S.D. Tex. Bar No. 3926658
Hollingsworth, LLP
1350 I Street N.W.
Washington, D.C. 20005
P: (202) 898-5800
F: (202) 682-1639
elasker@hollingsworthllp.com
bclements@hollingsworthllp.com
ssalek@hollingsworthllp.com

## CERTIFICATE OF SERVICE

    I certify that on February 19, 2026, a copy of the foregoing was electronically served on all counsel of record.

Respectfully Submitted,

*/s/ H. Scott Alexander*

H. SCOTT ALEXANDER

Electronically sent to:

**WILLIAMS HART & BOUNDAS, LLP**
Cesar Tavares
Alma J. Reyes
Alejandro Salicrup
8441 Gulf Frwy, Suite 600
Houston, Texas 77017-5001
(713) 230-2200- Tel.
(713) 643-6226- Fax.
ctavares@whlaw.com
asalicrup@whlaw.com
TavaresLitTeam@whlaw.com

**ATTORNEYS FOR PLAINTIFF**